**Maricela JUAREZ–ANTUNEZ,**
**Petitioner,**

v.

**John ASHCROFT, Attorney**
**General,\* Respondent.**

No. 01–71388.

INS No. A75–266–470.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002.\*\*

Decided Aug. 19, 2002.

■

Before SCHROEDER, Chief Judge,
TASHIMA and RAWLINSON, Circuit
Judges.

MEMORANDUM\*\*\*

Maricela Juarez–Antunez, a native and
citizen of Mexico, petitions for review of
orders of the Board of Immigration Ap-
peals ("BIA") denying her motion to re-
open, and summarily affirming the Immi-
gration Judge's ("IJ") denial of suspension
of deportation. We have jurisdiction pur-
suant to 8 U.S.C. § 1252(b), and review for
an abuse of discretion. *Konstantinova v.
INS,* 195 F.3d 528, 529 (9th Cir.1999). We
dismiss in part and deny in part the peti-
tion for review.

To the extent that Juarez–Antunez
seeks review of the BIA's May 14, 2001

order summarily affirming the IJ's order,
we lack jurisdiction because she failed to
timely petition for review of that decision.
*See* 8 U.S.C. § 1252(b)(1); *Haroutunian v.
INS,* 87 F.3d 374, 375 (9th Cir.1996) ("the
requirement of a timely petition for review
is mandatory and jurisdictional").

The BIA properly denied Juarez–Antu-
nez's motion to reopen because she failed
to make a prima facie showing of eligibility
for the relief she sought. *See INS v.
Abudu,* 485 U.S. 94, 104, 108 S.Ct. 904, 99
L.Ed.2d 90 (1988); *Bolshakov v. INS,* 133
F.3d 1279, 1281 (9th Cir.1998).

**PETITION FOR REVIEW DIS-**
**MISSED in part, and DENIED in part.**

---

\* John Ashcroft, Attorney General of the United
States, is substituted for the Immigration and
Naturalization Service. *See* 8 U.S.C.
§ 1252(b)(3)(A).

\*\* The panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.